# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br>     v.<br><br>Heidi Lynn RAYBURN,<br><br>                  Defendant. | Case No.: **21MJ8210**<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 21 U.S.C. §§ 952 and 960<br>Importation of a Controlled Substance<br>(Felony) |

The undersigned complainant being duly sworn states:

On or about March 16, 2021 within the Southern District of California, defendant, Heidi Lynn RAYBURN, did knowingly and intentionally import approximately 112.4 grams (0.25 pounds) of a mixture or substance containing a detectable amount of N-phenyl-N- [1-(2-phenylethyl)-4-piperidinyl] propenamide (Fentanyl), a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts, incorporated herein by reference.

_____
Special Agent Robert T. Ray
Homeland Security Investigations

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this __19__ day of March, 2021.

_____
HON. RUTH BERMUDEZ MONTENEGRO
U. S. MAGISTRATE JUDGE

UNIED STATES OF AMERICA
v.
Heidi Lynn RAYBURN

## STATEMENT OF FACTS

This Complaint and Statement of Facts is based on the personal observations, investigation, and information furnished to U.S. Homeland Security Investigations Special Agent Robert Ray.

On March 16, 2021 at approximately 11:49 p.m., Heidi Lynn RAYBURN, ("RAYBURN"), a United States citizen, applied for entry into the United States from Mexico through the Calexico, California West Port of Entry via the pedestrian primary lanes. At the time she applied for entry, RAYBURN was carrying a purse with her.

A Customs and Border Protection Officer ("CBPO") encountered RAYBURN. During the encounter, RAYBURN was displaying signs of nervousness. RAYBURN was referred to secondary inspection at which time a pat down of RAYBURN took place, which yielded negative results. During a search of RAYBURN's purse, a cylindrical object was discovered wrapped in brown tape, inside a condom, wrapped in a cloth facemask.

Further inspection of the cylindrical object resulted in the discovery of a substance in pill form, with a total approximate weight of 112.4 grams (0.25 pounds). A sample of the substance contained within the packages field tested positive for the characteristics of fentanyl.

RAYBURN was placed under arrest. RAYBURN was advised of her rights per Miranda by Special Agent Ray. RAYBURN acknowledged her Miranda rights and agreed

to answer questions without an attorney present. During a post-Miranda interview, RAYBURN denied any knowledge of the fentanyl found in her purse.

RAYBURN was charged with a violation of Title 21, United States Code sections 952 and 960, for Importation of a Controlled Substance, and was issued a Notice to Appear dated March 25, 2021 at 8:00 a.m.